## 57308. SOMERS v. AVANT et al.

QUILLIAN, Presiding Judge.
The decision of this Court in *Somers v. Avant,* 149 Ga. App. 515 (254 SE2d 722) (1979), having been reversed by the Supreme Court in *Somers v. Avant,* 244 Ga. 460 (1979), the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Smith and Birdsong, JJ., concur.*

ARGUED FEBRUARY 8, 1979 — DECIDED
NOVEMBER 28, 1979.

*John W. Gibson, Marvin M. Rice,* for appellant.
*Hansell Lee Smith, J. Eugene Wilson,* for appellees.